JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>CUONG TIEN LE, an individual; AI THI HO, an individual; LOC TIEN LE, an individual; and DOES 1-10,<br><br>        Defendants. | Case No.: 2:21-cv-05299-JFW-PLA$_\text{X}$<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  June 30, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendants Cuong Tien Le and Loc Tien Le is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 5, 2021

Hon. John F. Walter
United States District Judge